OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



$ 00.26^5

**12/3/2014**
**MCVAY, ABEL ALFRED      Tr. Ct. No. 1372812**      COA Case No. 01-13-00997-CR
MAILED FROM ZIP PD-1576-14

On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Friday, February 13, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

ABEL ALFRED MCVAY
SPN# 01871959
HARRIS COUNTY JAIL
1200 BAKER ST.
HOUSTON, TX 77002

